UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-CR-75 |
| | ) | (PHILLIPS/GUYTON) |
| JOSEPH HOWARD SIMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the district court as may be appropriate. This case is before the Court on the defendant's Motion to Suppress Evidence [Doc. 11], filed on July 14, 2008. In a telephone conversation with chambers, defense counsel made an oral motion to withdraw this motion. The defendant's oral motion to withdraw his suppression motion is **GRANTED**, and, accordingly, the defendant's Motion to Suppress Evidence [**Doc. 11**] is **DENIED as moot**. The Court also notes that the **August 20, 2008, at 1:30 p.m.**, status conference was cancelled at the parties' request.

    **IT IS SO ORDERED.**

                                      ENTER:

                                      s/ H. Bruce Guyton
                                      United States Magistrate Judge